IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No.  1:19-cr-00431-WJM-1

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

**TRIVEY VIALPANDO,**

    Defendant.

---

### NOTICE OF DISPOSITION
---

    Defendant, Trivey Vialpando, by his court-appointed counsel of record, Peter R. Bornstein, hereby notifies the Court that the Government and the Defendant have reached a disposition of this case.  Accordingly, Defendant requests that the case be scheduled for a change of plea hearing.

    Respectfully submitted this 13th day of February, 2020

                           **THE LAW OFFICES OF PETER R. BORNSTEIN**

                           *s/ Peter R. Bornstein*
                           Peter R. Bornstein
                           6060 Greenwood Plaza Boulevard, Suite 500
                           Greenwood Village, CO 80111
                           Telephone: 720-354-4440
                           Facsimile: 720-287-5674
                           E-mail: pbornstein@prblegal.com
                           Attorney for Defendant Trivey Vialpando

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on this 13th day of February, 2020, I electronically filed the foregoing **NOTICE OF DISPOSITION** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

     *s/ Jeannette L. Wolf*
     Jeannette L. Wolf, Paralegal