IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Date: July 24, 2020
Courtroom Deputy: Anna Frank
Court Reporter: Mary George

| | |
|---|---|
| Criminal Action No. **19-cr-431-WJM** | Counsel: |
| UNITED STATES OF AMERICA, | Thomas Minser |
| Plaintiff, | |
| v. | |
| 1. TRIVEY VIALPANDO, | Peter Bornstein |
| Defendant. | |

## COURTROOM MINUTES

**Change of Plea Hearing**

**3:05 p.m.    Court in session.**

Appearances of counsel. Defendant is present in custody via telephone.

**ORDERED:** Pursuant to the CARES Act and the District of Colorado's General Order 2020-10, this hearing will proceed via videoconference and teleconference.

Defendant sworn.

Defendant advised of maximum penalties.

Defendant's right to trial by jury and other constitutional rights explained.

Defendant pleads guilty to Counts 1 and 4 of the Indictment and admits the forfeiture allegation.

**ORDERED:** Court's Exhibit 1 - Plea Agreement and Court's Exhibit 2 - Statement by Defendant in Advance of Plea of Guilty are received into evidence.

**ORDERED:**  Defendant's pleas of guilty to Counts 1 and 4 are ACCEPTED.

**ORDERED:**  The U.S. Probation Office shall prepare a Presentence Investigation Report and Sentencing Statement. In accordance with this Court's Revised Practice Standards, all motions for a sentencing departure, for a statutory variant sentence outside the advisory guideline range, for a change in offense level, to dismiss counts or the indictment, or for acceptance of responsibility, must be filed no later than 14 days prior to the date of the sentencing hearing. Responses to such motions must be filed at least 7 days prior to the date of the sentencing hearing. Sentencing-related filings not in compliance with these deadlines may result in a continuance of the sentencing hearing.

**ORDERED:**  Sentencing is set for October 29, 2020 at 2:00 p.m.

**ORDERED:**  All hearings and settings in this case other than the Sentencing date are hereby vacated.  Any pending motions are hereby denied as moot.

**ORDERED:**  Defendant is remanded.

**3:43 p.m.**     **Court in recess.**

Total time in court: 0:38

Hearing concluded.