OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**APR 11 2023**

JEFFREY P. COLWELL
CLERK

19-cr-431-WJM
#56

FIRST-CLASS MAIL

$00.60

ZIP 80294
041L11245087

DENVER CO 802
SPECIAL MAIL

30 MAR 2023 PM 6

neopost
03/30/2023
US POSTAGE

PRESENCE OF THE

INMATE

**RETURN TO SENDER**

Trivey Vialpando
#116751
Arkansas Department of Corrections Delta Unit
Delta Regional
880 East Gain
Dermott, AR

NIXIE        722    E2    1         0004/05/23

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC:  80294250099        *1329-01025-30-41